ARIEL A. STERN,
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
DIANA S. ERB,
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572

*Attorneys for Defendant*
*Bank of America Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH A. HAMILTON and FREDERIC L. HAMILTON,<br><br>                    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BRIAN T. MOYNIHAN, RECONTRUST COMPANY, U.S. BANK NATIONAL ASSOCIATION and DOES 1-100,<br><br>                    Defendants. | Case No.: 2:10-cv-01566-RL-HRL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE INITIAL RESPONSIVE PLEADING**<br><br>(First Request) |

IT IS STIPULATED AND AGREED by and between Plaintiffs, DEBORAH A. HAMILTON and FREDERIC L. HAMILTON, and Defendant, BANK OF AMERICA CORPORATION, through its attorneys, the law firm of Akerman Senterfitt, that Defendant BANK OF AMERICA CORPORATION may have up to and including **April 8, 2011** in

/ / /

/ / /

/ / /

{LV024473;1}

which to file its initial responsive pleading to the Amended Complaint on file herein.

DATED this 18 day of March, 2011.

_____  
DEBORAH A. HAMILTON  
FREDERIC L. HAMILTON  
8 Contra Costa Place  
Henderson, NV 89052

AKERMAN SENTERFITT

_____  
ARIEL A. STERN, ESQ.  
Nevada Bar No. 8276  
JACOB D. BUNDICK  
Nevada Bar No. 9772  
DIANA S. ERB, ESQ.  
Nevada Bar No. 10580  
400 So. Fourth Street  
Suite 450  
Las Vegas, NV 89101

**ORDER**

IT IS SO ORDERED this 29th day of March, 2011

**NOTICE TO COUNSEL:  Future stipulations which do not fully comply with Local Rule LR 6-1 *will not be granted*.**

_____  
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of March, 2011, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE INITIAL RESPONSIVE PLEADING (First Request)**, postage prepaid and addressed to:

Deborah A. Hamilton and
Frederic L. Hamilton
8 Contra Costa Place
Henderson, NV 89052

*Plaintiffs in Pro Se*

/s/ Debbie Julien
An employee of AKERMAN SENTERFITT LLP

{LV024473;1}3