ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
DIANA S. ERB
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572

*Attorneys for Bank America Corporation,
Brian T. Moynihan and ReconTrust Company, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH A. HAMILTON and FREDERIC L. HAMILTON,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BRIAN T. MOYNIHAN, RECONTRUST COMPANY, U.S. BANK NATIONAL ASSOCIATION and DOES 1-100<br><br>Defendants. | Case No.: 2:10-cv-01566-RLH-LRL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR INITIAL PLEADING**<br><br>**(Second Request)** |

IT IS STIPULATED and AGREED by and between Plaintiffs, DEBORAH A. HAMILTON and FREDERIC HAMILTON, and Defendants, BANK OF AMERICA CORPORATION, BRIAN T. MOYNIHAN, and RECONTRUST COMPANY by and through their counsel, Diana S. Erb, Esq., of the law firm of Akerman Senterfitt, shall have up to and including **May 9, 2011,** to file its initial pleading in the above-captioned matter.

{LV027043;1}

This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party.  This extension is also requested so that the parties will have sufficient time to enter into settlement negotiations of this matter.

| DATED this 8th day of April, 2011. | DATED this 8th day of April, 2011, |
|---|---|
| /s/ Deborah A. Hamilton<br>DEBORAH A. HAMILTON<br>and FREDERIC HAMILTON<br>8 Contra Costa Place<br>Henderson, NV 89052<br><br>*Plaintiffs* | /s/ Diana S. Erb<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DIANA S. ERB, ESQ.<br>Nevada Bar No. 10580<br>400 So. Fourth Street, Suite 450<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendants, Bank America Corporation, Brian T. Moynihan and ReconTrust Company* |

IT IS SO ORDERED, **but** this will be the last extension granted.

_____
UNITED STATES DISTRICT JUDGE

DATED;  April 11, 2011

{LV027043;1} 2